ACCEPTED
03-14-00484-CR
6515999
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 8:59:03 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00484-CR

| | | |
|---|---|---|
| MICHELLE GAMBLES | § | IN THE |
| | § | |
| | § | |
| VS. | § | THIRD COURT |
| | § | |
| THE STATE OF TEXAS | § | OF APPEALS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 8:59:03 AM
JEFFREY D. KYLE
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes MICHELLE GAMBLES, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the County Court At Law of Bell County, Texas.

2. The case below was styled the STATE OF TEXAS vs. MICHELLE GAMBLES, and numbered 2C13-07438.

3. Appellant was convicted of Resisting Arrest or Search.

4. Appellant was assessed a sentence of 6 days in jail on July 16, 2014.

5. Notice of appeal was given on August 4, 2014.

6. The clerk's record was filed on September 5, 2014; the reporter's record was filed on January 9, 2015.

7. The appellate brief is presently due on May 22, 2015.

8. Appellant requests an extension of time of 90 days from the present date, i.e. August 20, 2015.

9. Two extensions to file the brief have been received in this cause.

10. Defendant is not currently incarcerated.

11.     Appellant relies on the following facts as good cause for the requested extension:

Attorney handling the appellant's brief is no longer with the firm.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this

Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court

may deem appropriate.

Respectfully submitted,

BOBBY DALE BARINA
455 East Central Texas Expressway, Suite 104
Harker Heights, Texas 76548
Tel: (254) 699-3755
Fax: (254) 699-1074

By:_____
BOBBY DALE BARINA
State Bar No. 01738480
Attorney for MICHELLE GAMBLES

## CERTIFICATE OF SERVICE

This is to certify that on August 17, 2015, a true and correct copy of the above and foregoing

document was served on the Bell County Attorney's Office, Bell County, by facsimile transmission

to 254-933-5150.

_____
BOBBY DALE BARINA

STATE OF TEXAS                              §
                                            §
COUNTY OF BELL                              §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared BOBBY DALE

BARINA, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have

read the foregoing Motion To Extend Time to File Appellant's Brief and swear that

all of the allegations of fact contained therein are true and correct."

                                    _____
                                    BOBBY DALE BARINA
                                    Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on August 17, 2015, to certify which

witness my hand and seal of office.

LESLIE JOAN SAWYER
Notary Public, State of Texas
My Commission Expires
April 16, 2019

                                    _____
                                    Notary Public, State of Texas